**Maureen J. Shanahan (Bar No. 102222)**
**Totaro & Shanahan**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**(310) 573 1423**

**Attorneys for Petitioner Johnny Cordova**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNY CORDOVA,** | ) |
| **Petitioner,** | ) **Case No.  C 01-20168-JF** |
| | ) **(PR)** |
| **v.** | ) |
| | ) **STIPULATION TO** |
| **C.A. TERHUNE, RODNEY HICKMAN,** | ) **CONTINUE EVIDENTIARY** |
| **Warden,** | ) **HEARING** |
| | ) |
| **Respondent.** | ) **Date:    October 16, 2008** |
| | ) **Time:    9:00 a.m.** |
| | ) **Ctrm:    3** |

IT IS HEREBY STIPULATED between Maureen J. Shanahan, Totaro & Shanahan, attorneys for petitioner and Deputy Attorney General Jill Thayer, attorneys for respondent that there is good cause to continue the evidentiary hearing on the Petition for Writ of Habeas Corpus currently scheduled for Tuesday September 9, 2008 at 9:00 a.m. in Courtroom 3, before the Honorable Judge Jeremy Fogel to October 16, 2008 at 9:00 a.m. in Courtroom 3 before the Honorable Judge Jeremy Fogel.

1

STIPULATION TO CONTINUE EVIDENTIARY HEARING

1

2 | Dated: September 3, 2008

3

4

5

6

7

8 | Dated: September 3, 2008

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Totaro & Shanahan

By _____
Maureen J. Shanahan
Attorneys for Petitioner
Johnny Cordova

Attorney General

By _____
Jill Thayer
Deputy Attorney General
Attorneys for Respondents

2
STIPULATION TO CONTINUE EVIDENTIARY HEARING

1
2
3          **UNITED STATES DISTRICT COURT**
4          **NORTHERN DISTRICT OF CALIFORNIA**
5
6
7   **JOHNNY CORDOVA,**                              )
                                                     )
8                          **Petitioner,**           ) **Case No.  C 01-20168-JF**
                                                     )            **(PR)**
9   **v.**                                           )
                                                     )
10                                                   ) **[PROPOSED] ORDER RE**
    **C.A. TERHUNE, RODNEY HICKMAN,**               ) **CONTINUANCE OF**
11  **Warden,**                                      ) **EVIDENTIARY HEARING**
                                                     )
12                         **Respondent.**           )
                                                     ) **Date:  October 16, 2008**
13                                                   ) **Time:  9:00 a.m.**
                                                     ) **Ctrm:   3**
14  _____             )

15          Good cause appearing, based on the stipulation of the parties, IT IS ORDERED

16  that the evidentiary hearing on the Petition for Writ of Habeas Corpus scheduled for

17  Tuesday, September 9, 2008 at 9:00 a.m. in Courtroom 3 is continued to October 16,

18  2008 at 9:00 a.m. in Courtroom 3.

19  Presented by: _____

20                    Maureen J. Shanahan
                      Attorney for Petitioner
21
    Dated: September  9 , 2008
22

23  _____
    Hon. Jeremy Fogel
24  United States District Judge
25
26
27
28
                                    1
                          [PROPOSED] ORDER

1
2
3

# **PROOF OF SERVICE**

4
5

I. **BY MAIL**:

6
7

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 789, Pacific Palisades, CA 90272.

8
9
10

On September 4, 2008, I served the foregoing document described as **[PROPOSED] ORDER** in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

11
12

Jill Thayer, Deputy Attorney General, 455 N. Golden Gate, #11000, San Francisco, CA 94102-3664

13

Johnny Cordova, K16714 2C01-118, P.O. Box 3471, Corcoran, CA 93212

14
15

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on September 4, 2008 at Los Angeles, California.

16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER