1

2   **Maureen J. Shanahan (Bar No. 102222)**
    **Totaro & Shanahan**
3   **P.O. Box 789**
    **Pacific Palisades, CA 90272**
4   **(310) 573 1423**

5   **Attorneys for Petitioner Johnny Cordova**

6

7

8   ## UNITED STATES DISTRICT COURT

9   ## NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13  **JOHNNY CORDOVA,**                              ) **Case No.  C 01-20168-JF**
                                                      )    **(PR)**
14                 **Petitioner,**                    )
                                                      ) **STIPULATION RE ORDER**
15  **v.**                                            ) **TO ALLOW PETITIONER**
                                                      ) **TO HAVE AN AUDIO**
16  **C.A. TERHUNE, RODNEY HICKMAN,**                 ) **CASSETTE APPLIANCE**
                                                      ) **AND TO REVIEW AUDIO**
17  **Warden,**                                       ) **CASSETTE TAPES**
                                                      ) **PROVIDED BY COUNSEL**
18                                                    )
                   **Respondent.**                    )
19                                                    ) **Hearing Date: Oct. 16, 2008**
                                                      ) **Time:   9:00 a.m.**
20                                                    ) **Ctrm:  3**
                                                      )
21  _____)

22

23        IT IS HEREBY STIPULATED between Maureen J. Shanahan, attorney for

24  petitioner and Jill Thayer, Deputy Attorney General, attorney for respondent that there

25  are various audio cassette tapes of conversations that may be introduced into evidence by

26  either party and that in order to properly prepare for the evidentiary hearing and save

27

28

1
2    court time it is in the best interests of all that petitioner be allowed to listen to these tapes
3    prior to the hearing.

4         Petitioner has advised that he previously had such an appliance which was stolen
5    from his cell. Petitioner and counsel submit they have been advised that inmates are not
6    currently allowed such new appliances. Counsel is further advised that since petitioner
7    previously had such an appliance he will be permitted to replace this appliance with an
8    approved prison appliance from an approved institutional source; however a court order
9    is required.

10        Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by
11    counsel for both parties that good cause exists and a court order should issue to the
12    Warden and Correctional Officers at Corcoran State Prison permitting petitioner Johnny
13    Cordova, K-16714, 3C01-118, Corcoran State Prison, P.O. Box 3471, Corcoran,
14    California, to have an approved prison audio cassette appliance in his cell. It is furthers
15    stipulated that petitioner shall be permitted to review 34 audio cassette tapes labeled with
16    the name Cordova from the Office of the District, County of Santa Clara and submitted to
17    petitioner through his attorney under appropriate institutional procedures and regulations.

18    Dated: September 4, 2008                          Totaro & Shanahan

19
20                                                By _____
21                                                      Maureen J. Shanahan
                                                       Attorneys for Petitioner
22                                                     Johnny Cordova

23
24    Dated: September 4, 2008                          Attorney General

25
26                                                By _____
                                                       Jill Thayer
27                                                     Deputy Attorney General
                                                       Attorneys for Respondents

28
          STIPULATION RE ORDER TO ALLOW PETITIONER TO HAVE AN AUDIO
      CASSETTE APPLIANCE AND REVIEW AUDIO CASSETTE TAPES SUBMITTED
                                BY COUNSEL

1
2            **UNITED STATES DISTRICT COURT**
3           **NORTHERN DISTRICT OF CALIFORNIA**
4

5    **JOHNNY CORDOVA,**                          )
6                                                 )
              **Petitioner,**                     ) **Case No.  C 01-20168-JF**
7                                                 )          **(PR)**
     **v.**                                       )
8                                                 ) [PROPOSED] **ORDER**
9    **C.A. TERHUNE, RODNEY HICKMAN,**            )
     **Warden,**                                  )
10                                                )
              **Respondent.**                     ) **Date:  October 16, 2008**
11                                                ) **Time:  9:00 a.m.**
12   _____          ) **Ctrm: 3**

13        Good cause appearing from the stipulation of counsel, the Court issues the

14   following order:

15        To:  The Warden and Correctional Officers at Corcoran State Prison:

16        YOU ARE HEREB ORDERED to permit petitioner, inmate Johnny Cordova, K-

17   16714, 3C01-118, Corcoran State Prison, P.O. Box 3471, Corcoran, California, to have a

18   prison approved audio cassette appliance from an approved institutional source in his

19   cell. YOU ARE FURTHER ORDERED  to permit petitioner to review 34 audio cassette

20   tapes labeled with the name Cordova from the Office of the District, County of Santa

21   Clara and submitted to petitioner through his attorney under appropriate institutional

22   procedures and regulations.

23   Presented by:

24                 Maureen J. Shanahan
                   Attorney for Petitioner

25
26   Dated: September  9  , 2008

27                 Hon. Jeremy Fogel
                   United States District Judge
28

                             1
                    [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PROOF OF SERVICE**

I. **BY MAIL**:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is P.O. Box 789, Pacific Palisades, CA 90272.

On September 4, 2008, I served the foregoing document described as **[PROPOSED] ORDER** in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

Jill Thayer, Deputy Attorney General, 455 N. Golden Gate, #11000, San Francisco, CA 94102-3664

Johnny Cordova, K16714 2C01-118, P.O. Box 3471, Corcoran, CA 93212

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on September 4, 2008 at Los Angeles, California.



[PROPOSED] ORDER