**E-Filed 2/19/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHNNY CORDOVA,<br><br>                    Petitioner,<br><br>     v.<br><br>C.A. TERHUNE,<br><br>                    Respondent. | Case Number C 01-20168 JF<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PETITIONER'S MOTIONS FILED FEBRUARY 17, 2009 |

   An evidentiary hearing in the above-entitled habeas action presently is scheduled for February 26, 2009 at 9:00 a.m. On February 17, 2009, Petitioner filed motions to continue the hearing, to permit Petitioner to obtain dental services, and for a temporary restraining order to prevent prison officials from disposing of certain property. Respondent shall file and serve any responses to the motions on or before February 23, 2009 at 5:00 p.m. Petitioner shall file and serve any replies on or before February 25, 2009 at 5:00 p.m. The motions will be heard on February 26, 2009 at 9:00 a.m; counsel may appear telephonically by prior arrangement.

   In light of the procedural posture of this case, including the fact that Petitioner's counsel apparently has yet to file the paperwork necessary to transfer Petitioner from state to federal custody so that he may testify, it is clear that the evidentiary hearing cannot proceed on February 26. Respondent may oppose the motions on any appropriate ground, including but not limited to

Case No. C 01-20168 JF
ORDER SETTING BRIEFING SCHEDULE AND HEARING RE PETITIONER'S MOTIONS FILED FEBRUARY 17, 2009
(JFLC2)

1 | Petitioner's lack of diligence in taking the steps necessary to permit the hearing to occur..

2 |     IT IS SO ORDERED.

3 | DATED: 2/19/09

                                            JEREMY FOGEL
4 |                                             United States District Judge

Case No. C 01-20168 JF
ORDER SETTING BRIEFING SCHEDULE AND HEARING RE PETITIONER'S MOTIONS FILED FEBRUARY 17, 2009
(JFLC2)

1  Copies of Order served on:

3  Laurence K. Sullivan  larry.sullivan@doj.ca.gov, DocketingSFAWT@doj.ca.gov

4  Maureen J. Shanahan  Mstotaro@aol.com

5  Peggy S. Ruffra  peggy.ruffra@doj.ca.gov, DocketingSFAWT@doj.ca.gov

7  Johnny Cordova
   K-16714
8  Corcoran State Prison
   P O Box 3471
9  3C01-118
   Corcoran, CA 93212

Case No. C 01-20168 JF
ORDER SETTING BRIEFING SCHEDULE AND HEARING RE PETITIONER'S MOTIONS FILED FEBRUARY 17, 2009
(JFLC2)