**E-Filed 6/2/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHNNY CORDOVA,<br><br>      Petitioner,<br><br>      v.<br><br>C.A. TERHUNE, Director, Department of Corrections; RODNEY HICKMAN, Warden,<br><br>      Respondents. | Case No. C 01-20168 JF<br><br>JUDGMENT |

The Court having issued an order denying the petition for writ of habeas corpus, Judgment is hereby entered for Respondents and against Petitioner.

DATED: June 2, 2009

_____
JEREMY FOGEL
United States District Judge

1  Copies of Judgment served upon:
2
3  Jill Marietta Thayer     jill.thayer@doj.ca.gov
4  Laurence K. Sullivan     larry.sullivan@doj.ca.gov, DocketingSFAWT@doj.ca.gov
5  Maureen J. Shanahan     Mstotaro@aol.com
6  Peggy S. Ruffra     peggy.ruffra@doj.ca.gov, DocketingSFAWT@doj.ca.gov